**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Manuel HUERTA–VARGAS, Defendant—Appellant.**

No. 04–10335.
D.C. No. CR–04–00009–LRH.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.

Decided Dec. 13, 2004.

Paul L. Pugliese, Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Michael K. Powell, Federal Public Defender's Office, Reno, NV, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM *

Manual Huerta–Vargas appeals the sentence imposed following his guilty plea to illegal reentry of a deported or removed alien in violation of 8 U.S.C. § 1326.

Pursuant to *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d

---

This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

435 (2000), *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), *Ring v. Arizona,* 536 U.S. 584, 609, 122 S.Ct. 2428, 153 L.Ed.2d 556 (2002), and *United States v. Ameline,* 376 F.3d 967 (9th Cir.2004), Huerta–Vargas contends that the district court erred in enhancing his sentence based upon facts that were not alleged in the indictment, proven beyond a reasonable doubt to a jury nor admitted by the defendant. The sole basis for the sentencing enhancement was Huerta–Vargas's prior aggravated felony conviction, and his contention is, therefore, foreclosed by our holdings in *United States v. Pacheco–Zepeda,* 234 F.3d 411, 414 (9th Cir.2000), and *United States v. Quintana–Quintana,* 383 F.3d 1052, 1052–53 (9th Cir.2004).

**AFFIRMED.**